AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 04/28/2002: BJS 02013)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

___ FILED ___ LODGED
___ RECEIVED

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | **(Short Form)** |

01/27/2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

JASON J. PRESHA          CASE NUMBER:  CR20-5203

___Jerome Kuh_____
Defendant's Attorney

☑ **THE DEFENDANT** pleaded guilty to _a single-count Superseding Information (misdemeanor)_____

| Title & Section | Nature of Offense | Offense Ended | Count No. |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 13; RCW 46.61.500 | Reckless Driving | 02/16//2020 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|---|
| $775 | $750 | $25.00 | $ N/A | Within  1 year |

Defendant's SSN:  XXX-XX-3262

Defendant's DOB:  XX-XX-1995

Defendant's USM No:  N/A

_s/ Barbara J. Sievers_____
BARBARA J. SIEVERS, Assistant United States Attorney

_1/27/2021_____
Date of Imposition of Judgment

___Via zoom Jason Presha_____
Defendant's Signature

_Theresa L. Fricke_____
Signature of Magistrate Judge

THE HONORABLE THERESA L. FRICKE_____
United States Magistrate Judge

**1-27-2021**
_____
Date